TO: THE, DISTRICT OF COLUMBIA
UNITED STATES COURTHOUSE
333 CONSTITUTION AVENUE, N.W.
WASHINGTON, D.C. 20001

ADDRESSED TO: COURTS CLERK AND JUDGES CHAMBERS

RE: "SUPPLEMENTAL PLEADINGS", PURSUANT TO,
FED. R. CIV. PROC. RULE. 15(a)(d)., 28 U.S.C. § 1653.,
28 U.S.C.S. § 1653., 28 U.S.C.A. § 1653.,
U.S.C.A. Const. Amends. 1, 5, 14TH., (CIVIL ACTION No. 05-1297)
UNA

TO: THE, UNITED STATES ATTORNEYS OFFICE,
KENNETH L. WAINSTEIN, U.S.A.
JUDICIARY CENTER BUILDING, 555 FOURTH STREET, N.W.,
WASHINGTON, D.C. 20530

TO: THE, CIVIL RIGHTS & CIVIL LIBERTIES COMPLAINTS
OFFICE OF THE INSPECTOR GENERAL
U.S. DEPARTMENT OF JUSTICE
950 PENNSYLVANIA AVENUE, N.W.
ROOM: 4322., WASHINGTON, D.C. 20530

FROM: JOHN T. GEORGE a.k.a. JOHN R. DALEY, JR.
PRO SE
FED. REG. #02384-015 a.k.a. #03284-015
FCI SCHUYLKILL
P.O. BOX 759
MINERSVILLE, PA. 17954-0759

DATE: 8/3/2005         [1]        [NUMBER OF PAGES: 5]

[N]ow [H]ere [C]omes (PLAINTIFF), JOHN T. GEORGE a.k.a. JOHN R. DALEY, JR., AND "MOTIONS" TO THE, UNITED STATES DISTRICT COURT., FOR THE DISTRICT OF COLUMBIA., UNITED STATES COURTHOUSE., 333 CONSTITUTION AVENUE, N.W.., WASHINGTON, D.C. 20001.,

[C]OURTS [C]LERK AND [J]UDGES [C]HAMBERS, IN REGARDS TO THE, "A SUPPLEMENTAL PLEADINGS", THE AMENDMENT IS PURSUANT TO, FED-R. CIV. PROC. RULE. 15(a)(d)., 28 U.S.C. § 1653., 28 U.S.C.S. § 1653., 28 U.S.C.A. § 1653 U.S.C.A. CONST. AMENDS. 1, 5, 14.., CIVIL ACTION NO. 05-1297

******* BECAUSE OF THE SERIOUSNESS OF CIVIL ACTION NO.- 05-1297, INWHICH IS "CIVIL AND CRIMINAL" IN SUBSTANCE, THE AMENDMENT IS "MANDATED" AND MUST BE ADDED TO PLAINTIFFS, "JURISDICTIONAL STATEMENT", IN ACCORDANCE WITH, "CODE OF FEDERAL REGULATION"

"CRIMINAL DIVISION" (SUB PART-K), 28 CFR §§ 0.55., 0.56., - 0.59 (18 U.S.C. §§ 3331-3334)., 28 CFR §§ 0.5(a)(b)(c)(d)(f) - 0.13(a)., 0.17(a)(b)(1).,

28 CFR §§ 59.1(a)(b). 59.2(a)(b)(1)(2)(c)(d)(e)., 60.1., - 60.2(a)(b)(c)(d)(e)(f)(K)., 60.3(a)(1)(4)(5)(7)

[T]HE REGULATION GOVERNING, THE REMISSION OR MITIGATION OF "CIVIL AND CRIMINAL" FORFEITURES 28 CFR §§ 9.1(a)., 9.2(a)(h)(i)(j)(1)(3)(K), (S)(1)(2), (t)(u)

[2]

ALSO TO BE INCLUDED IN PLAINTIFFS, "JURISDICTIONAL STATEMENT": "CIVIL MONETARY PENALTIES INFLATION ADJUSTMENT", 28 CFR §§ 85.1(a)., 85.2(a)(6)., - - - 85.3(a), (6)(7) - -

- (12 U.S.C. § 1833 a(b)(2)., 12 U.S.C.S. APPX. § 1833 a(b)(2)., 12 U.S.C.A. § 1833 a(b)(2) "FINANCIAL INSTITUTION REFORM RECOVERY AND ENFORCEMENT ACT OF 1989, "CONTINUING VIOLATIONS ("PER DAY") MINIMUM FROM $1,000,000 TO $1,000,000 "MILLION DOLLARS" MAXIMUM FROM $5,000,000 TO $5,500,000 "MILLION DOLLARS", 12 U.S.C.A.,, · TITLE: 12

******** [T]HE (CFR's) "CODE OF FEDERAL REGULATION ENFORCES THE "DETERRANT" OF "GOVERNMENT MISCONDUCT ACTS", BY GOVERNMENT ADMINISTRATION -S, AND OFFICIALS - -
SEE: UNITED STATES SENTENCING GUIDELINES "FINES" U.S.S.G. §§ 1.B1.1(f), 2B1.1., 2X2.1., 2X5.1., 8C2.4., - - 8C2.4 "COMMONTERY" #'s. 1, 2, 3, 4, 5, "BACKGROUND"

[F]INES AGAINST THE, UNITED STATES MARSHALS SERVICE OF MASSACHUSETTS, BOSTON DISTRICT

******** WORDS TO BE "AMENDED" TO PLAINTIFFS CIVIL ACTION, "PROSPECTIVE RELIEF", "INJUCTIVE RELIEF", "CONSTITUTIONAL TORT" AND "ARTICLE III, POWER OF FEDERAL CONGRESSIONAL AUTHORITY OF LAWS BY FEDERAL COURTS.

[3]

ENCLOSING, PLAINTIFF "MOTIONS", FOR THE AMENDMENT, "SUPPLEMENTAL PLEADINGS" TO, CIVIL ACTION NO. - 05-1297-(RMS), JOHN T. GEORGE a.k.a. JOHN R. DALEY, JR.
(PLAINTIFF)
-V-
THE, UNITED STATES ATTORNEY et.al.
THE, UNITED STATES MARSHALS SERVICE OF MASSACHUSETTS DISTRICT, BOSTON, "RECEIVING AND TRANSPORTATION OF PRISONERS AND MAILING DEPARTMENT"
(DEFENDANTS)

IN REGARDS TO THE CIVIL COMPLAINT "JURISDICTIONAL STATEMENT", PLAINTIFF PRAY FOR THE GRANTING OF THE ENCLOSED BY THE HONORABLE U.S. DISTRICT JUDGE PRESIDING.

I, JOHN T. GEORGE a.k.a. JOHN R. DALEY, JR. FED. REG. # 02384-015 a.k.a. # 03284-015, DECLARE UNDER THE PAINS AND PENALTIES OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT, ON THIS 8TH MONTH, 3RD DAY, 2005TH YEAR.

CC/FILE
DATED: 8/3/2005
J.T.G. a.k.a. J.R.D.,Jr.

RESPECTFULLY SUBMITTED BY,
*John T. George a.k.a. John R. Daley, Jr.*
JOHN T. GEORGE a.k.a. JOHN R. DALEY, JR.
PRO SE
FED. REG. # 02384-015 a.k.a. # 03284-015
FCI SCHUYLKILL
P.O. BOX 759
MINERSVILLE, PA. 17954-0759

[4]

## CERTIFICATE OF SERVICE

I, JOHN T. GEORGE a.k.a. JOHN R. DALEY, JR., FED. REG. #02384-015 a.k.a. #03284-015, HEREBY CERTIFY THAT ON THE, (MONTH/DATE/YEAR) OF, 8TH MONTH, 3RD DAY, 2005TH YEAR. DID (MAIL/SERVE) THE ENCLOSED MATTER IN REGARDS TO THE, AMENDMENT OF SUPPLEMENTAL PLEADINGS IN CIVIL ACTION NO. 05-1297-(RMS)

JOHN T. GEORGE a.k.a. JOHN R. DALEY, JR.
(PLAINTIFF)

-V-

U.S. ATTORNEY, et.al.
(DEFENDANTS)

[I]N THE, UNITED STATES DISTRICT COURT, FOR THE DISTRICT OF COLUMBIA, 333 CONSTITUTION AVENUE, N.W., WASHINGTON, D.C. 20001, COURTS CLERK. THE PRO SE LITIGANT RECORD OF THE ENCLOSED MATTER FOR EACH PARTY, WAS MAILED/BY HAND BY REGULAR MAIL.

cc/FILE
DATE: 8/3/2005
J.T.G. a.k.a. J.R.D, JR.

RESPECTFULLY SUBMITTED,
John T. George a.k.a. John R. Daley Jr.
JOHN T. GEORGE a.k.a. JOHN R. DALEY, JR.
PRO SE
FED. REG. #02384-015 a.k.a. #03284-015
FCI SCHUYLKILL
P.O. BOX 759
MINERSVILLE, PA. 17954-0759

[5]