TO: CLERK'S OFFICE: NANCY MAYER WHITTINGTON
UNITED STATES DISTRICT COURT,
FOR THE DISTRICT OF COLUMBIA
U.S. COURTHOUSE
333 CONSTITUTION AVENUE, N.W.
WASHINGTON, D.C. 20001

RE: JOHN T. GEORGE, a.k.a. JOHN R. DALEY, JR.,
(PLAINTIFF)
    -V-                                          CIVIL ACTION No. 05-1626 UNA
U.S. ATTORNEY, et. al.,                          AND
(DEFENDANTS)                                     CIVIL ACTION No. 05-1297 UNA

"ORDER" - (DATED: 8/8/05 - FILED: 8/12/05) CIV. ACT. No. 1626

(DATED: 6/27/05 - FILED: 6/29/05) CIV. ACT. No. 1297

FROM: JOHN T. GEORGE, a.k.a. JOHN R. DALEY, JR.,
PRO SE
FED. REG. #03284-015
FCI SCHUYLKILL
P.O. BOX 759
MINERSVILLE, PA. 17954-0759

DATE: 8/28/2005

[NUMBER OF PAGES: 3]

[NUMBER OF EXHIBIT PAGES: 5]

[1]

NOW HERE COMES, "PLAINTIFF" PRO SE, JOHN T. GEORGE, a.k.a. JOHN R. DALEY, JR., IN REGARDS TO THEE, "ORDER" BY HONORABLE JUDGE (RMS), U.S. DISTRICT JUDGE PRESIDING., CIVIL ACTION No. 05-1626,

JOHN T. GEORGE, a.k.a.
JOHN R. DALEY, JR.,
      (PLAINTIFF)

-V-

U.S. ATTORNEY, et.al.,
      (DEFENDANTS.)

\*\*\*\*\*\*\*

[E]NCLOSED ARE THE EXHIBITS, PURSUANT TO, 28 U.S.C. § 1915, AND THEE, "DECLARATION STATING, SHOWING" WHAT EFFORTS HAS BEEN MADE TO OBTAIN THE LEDGER SHEETS. [P]LAINTIFF SUBMITTS THE ENCLOSED MATTER TO THE, U.S. DISTRICT COURT, FOR THE DISTRICT OF COLUMBIA, COURTS CLERK: NANCY MAYER WHITTINGTON, FOR THE PROCESSING, FILING, DOCKETING, "RETURNING PROCESS", PURSUANT TO, 28 U.S.C.A. §§ 452, 453., U.S. Const. Amendts. 1, 14TH ·, U.S.C.A. Const. Amends. 1, 14TH {14 §§ 1,5 "GARUNTEED DUE PROCESS}.

            RESPECTFULLY SUBMITTED,
            John T. George (a.k.a.)(ADOPTED) John R. Daley, Jr.
            JOHN T. GEORGE (a.k.a) JOHN R. DALEY, JR.
CC/FILE
            PRO SE
DATED: 8/28/2005
            FED. REG. # 03284-015
J.T.G. a.k.a. J.R.D., JR.
            FCI SCHUYLKILL
            P.O. Box 759
            MINERSVILLE, PA. 17954-0759

[2]

## DECLARATION

I, JOHN T. GEORGE, a.k.a. JOHN R. DALEY, JR., DECLARE, OR (CERTIFY, VERIFY, OR STATE), UNDER PENALTIES OF PERJURY THAT THE FOREGOING, "ENCLOSED MATTER, "[A] DECLARATION STATING AND PROVING THAT (I/HE) DID MAKE EFFORTS TO OBTAIN THE REMAINING MONEY FROM MY "PRIOR" STATE PRISON (INCARCERATION/CONFINEMENT), IN MASSACHUSETTS, COMMONWEALTH, ALSO THE, "SIX MONTH MONEY TRANSACTION" OF SAID PRISONER.

[A]FTER BEING COMMITTED TO THE (BOP) FEDERAL BUREAU OF PRISONS AND TO OBTAIN THE "LEDGER SHEETS" ********
[P]LEASE NOTE SAID PRO SE LITIGANT, "DOES HAVE ONGOING CIVIL ACTIONS", IN THE, UNITED STATES DISTRICT COURT OF MASSACHUSETTS, 1 COURTHOUSE WAY, - SUITE: 2300, BOSTON, MA. 02210, COURTS CLERK: TONY ANASTAS, AND HAS BEEN, "DEEMED, INDIGENT" AND HAS BEEN "ALLOWED" TO PROCEED IN FORMA PAUPERIS, PURSUANT TO, 28 U.S.C. §§ 1915(4), 1915A(a)(c)., 28 U.S.C.A.

[T]HIS IS A DECLARATION PURSUANT TO, 28 U.S.C. §§ 452, 453, 1746., 18 U.S.C. § 1623(a), ENCLOSED ARE THE "EXHIBITS REQUESTED" BY, U.S. DISTRICT JUDGE, RICARDO M. SERBRINA (RMS), "COURT ORDER", ON: 8/8/05 AND FILED AUGUST 12, 2005, "CIVIL ACTION NO. 05-1626, ALSO FILED JUNE 29, 2005, "CIVIL ACTION NO. 05-1297, ON: 6/27/2005. [T]HE ENCLOSE DECLARATION ON THIS, 8TH MONTH, 28TH DAY, 2005TH YEAR. PRO SE LITIGANT RECORD FOR EACH PARTY.

CC/FILE
DATED: 8/28/2005
J.T.G. a.k.a. J.R.D.JR.

[3]

RESPECTFULLY SUBMITTED,
John T. George a.k.a. John R. Daley, Jr

EXHIBIT: A (2 SHEETS)

BP-S148.55 INMATE REQUEST TO STAFF CDFRM
SEP 98
U.S. DEPARTMENT OF JUSTICE                                     FEDERAL BUREAU OF PRISON

| TO: NAME AND TITLE OF STAFF MEMBER<br>TREASURE RECORD DEPT | DATE: 7/14/2005 |
|---|---|
| FROM: JOHN T. GEORGE (ADOPTED) JOHN R. DALEY | REGISTER NO.: 03284-015 |
| WORK ASSIGNMENT: | UNIT: SHU |

SUBJECT: (BRIEFLY STATE YOUR QUESTION OR CONCERN AND THE SOLUTION YOU ARE REQUESTING. CONTINUE ON BACK, IF NECESSARY YOUR FAILURE TO BE SPECIFIC MAY REQUEST IN NO ACTION BEING TAKEN. IF NECESSARY, YOU WILL BE INTERVIEW IN ORDER TO SUCESFULLY RESPOND TO YOUR REQUEST.)

AT THIS TIME, SAID CONVICT WOULD LIKE TO REQUEST (2) - TWO OFFICIAL COPIES OF MY "PRISON TRANSACTIONS" SHOWING THE LAST SIX MONTHS TRANSACTIONS OF SAID PRISONER. PLEASE NOTE, THAT THE SIX MONTHS TRANSACTION SHEETS WILL BE MAILED TO, (2) TWO SEPARATE, UNITED STATES DISTRICT COURTS, "FEDERAL DISTRICT COURTS", IN ACCORDANCE WITH, 28 U.S.C. § 1915. ALSO SAID PRISONER HAS ONLY BEEN IN THE FEDERAL BUREAU OF PRISONS SINCE MAY 9, 2005 AND WAS RELEASE FROM A STATE PRISON IN MASSACHUSETTS.

RECEIVED

DISPOSITION:

See attached

SIGNATURE STAFF MEMBER          DATE
M. Ladd                          7/18/05

RECORD COPY-FILE, COPY-INMATE

THIS FORM MAY BE REPLICATED VIA WP    THIS FORM REPLACES BP-148.070 DATED OCT 86
                                       AND BP-S148.070 APR 94

Date: 07/18/2005
Time: 2:23:25 pm

Federal Bureau of Prisons
TRUFACS
**Inmate Statement**
Limited Official Use

Facility: SCH

Start Date: 10/01/2004
End Date: 09/30/2005
Inmate Reg#: 03284015
Account Status: All
Institution: All

## General Information

Inmate Reg#: 03284015
Inmate Name: DALEY, JOHN ROBERT
Current Site Name: Schuylkill FCI
Housing Unit: 3

Living Quarters: Z02-186UAD
Arrived From: LEW
Transferred To:
Account Creation Date: 4/5/2005

## Transaction Details

| Alpha Code | Date Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| SCH | 04/07/2005 03:21:29 AM | TX040705 | | | Transfer - In from TRUFACS | $0.00 | | |
| SCH | 04/28/2005 03:20:01 AM | TX042805 | | | Transfer - Out to TRUFACS | $0.00 | | $0.00 |
| SCH | 05/10/2005 05:12:37 AM | TX051005 | | | Transfer - In from TRUFACS | $0.00 | | $0.00 |
| SCH | 06/16/2005 01:19:26 PM | 79 | | | Sales | $0.00 | | $0.00 |
| SCH | 07/11/2005 05:52:33 AM | 70136503 | | | Lockbox - CD | $76.14 | | $76.14 |
| | Total Transactions: 5 | | | | Totals: | $76.14 | $0.00 | |

## Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| SCH | $76.14 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $76.14 |

Page 1

EXHIBIT: B    (MY FILES)

TO: MCI CEDAR JUNCTION WALPOLE
P.O. BOX 100
SOUTH, WALPOLE MA. 02071

TO: MARY STOWE
TREASURE DEPARTMENT

FROM: WAKIMBA, JOHN T. GEORGE (ADOPTED) JOHN R. DALEY, JR. (W59561)
FED. REG. # 03284-015
FCI SCHUYLKILL
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 759
MINERSVILLE, PA. 17954-0759

RE: MONEY THAT WAS LEFT IN MCI WALPOLE (DOC) DEPARTMENT OF CORRECTION, "TREASURY" OF PRISONER AFTER (I/HE) WAS "RELEASED" FROM STATE PRISON INCARCERATION, "CUSTODY" (COMPLETED: 2/15/05 AND RELEASED ON 4/27/05)

DATE: 6/20/2005

[NUMBER OF PAGES: 3]

[1]

AT THIS TIME SAID (CONVICT/PRISONER), WAKIMBA, JOHN T. GEORGE (ADOPTED) JOHN R. DALEY, JR..; PREVIOUS STATE IDENTIFICATION NUMBER, (W59561) WAS RELEASED FROM THE, MCI CEDAR JUNCTION WALPOLE STATE PENITENTIARY ON THE (MONTH/DATE/YEAR) OF 4/27/2005.

(I/HE) WAS RELEASED TO THE FEDERAL BUREAU OF PRISONS (BOP), TO SERVE A FROM AND AFTER FEDERAL SENTENCE. TWO WEEKS BEFORE (MY/HIS) RELEASE FROM STATE PRISON IN MASSACHUSETTS, SAID CONVICT DID ADDRESS IN WRITTING TO YOUR TREASURE DEPARTMENT THAT THE REMAINDER OF MY MONEY IN MY STATE PRISON ACCOUNT "MUST BE "FORWARDED" TO THE FEDERAL BUREAU OF PRISONS" IN THE NEAR FUTURE.

UPON THE ARRIVAL TO THE (BOP) FEDERAL BUREAU OF PRISONS ON 5/9/2005, AND AGAIN I RECHECK MY "FEDERAL PRISON ACCOUNT" (MY/HIS) MONEY WAS STILL NOT FORWARDED TO THE (BOP) FEDERAL BUREAU OF PRISONS.

I AM REQUESTING, THE "FORWARDING" OF (MY/HIS) MONEY THAT WAS LEFT IN YOUR TREASURE DEPARTMENT AT MCI CEDAR JUNCTION WALPOLE, P.O. BOX 100, SOUTH, WALPOLE MA. 02071. [P]LEASE FORWARD TO THIS ADDRESS: —

[2]

ADDRESSED TO: DEPOSITS TO ACCOUNTS

"MONEY ORDERS"

FEDERAL BUREAU OF PRISONS
JOHN T. GEORGE (ADOPTED) JOHN R. DALEY,
FED. REG. # 03284-015
POST OFFICE BOX 474704
DES MOINES, IOWA 50947-0001

THE MONEY WILL REACH SAID PRISONER WITHIN A MATTER OF HOURS, (I/HE) AWAITS THE RESPONSE FROM YOUR TREASURY DEPARTMENT.

RESPECTFULLY SUBMITTED, BY,

<u>Wakimba, John T. George A/K/A John R. Daley, Jr.</u>

CC/FILE
DATED: 6/30/2005
J.T.G.-J.R.D., JR.

WAKIMBA, JOHN T. GEORGE A/K/A JOHN R. DALEY, JR.
FED. REG. # 03284-015
FCI SCHUYLKILL
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 759

TO: CC/FILE
DATED: 6/30/2005
MARY STOWE

MINERSVILLE, PA. 17954-0759

[3]