To: THE U.S. COURT OF APPEALS,
FOR THE DISTRICT OF COLUMBIA, WASHINGTON
333 CONSTITUTION AVE., N.W
WASHINGTON, D.C. 20001

U.S. COURT OF APPEALS FOR
DISTRICT OF COLUMBIA CIRCUIT
NOV 23 2005
RECEIVED

To: COURTS CLERK,:

RE: "APPEAL AS [A] RIGHT", "RELIEF FROM JUDGMENT OR
"ORDER"., FED. R. CIV. PROC. 60 (a)., FED. R. APP. 4(a)(A), (4)(A)(vi),
-(6)(c)(i)., 28 U.S.C.A.

"CLERICAL MISTAKES", CIVIL ACTION No. 05-1297 AND
CIVIL ACTION No. 05-1626., FILED Nov. 15, 2005.,
DATED: 11/9/05

JOHN T. GEORGE a.k.a. JOHN R. DALEY, JR.
(PLAINTIFF)

-v-

U.S. ATTORNEY, et al.,
(DEFENDANTS)

PLAINTIFF'S APPLICATION TO PROCEED IN FORMA PAUPERIS
[Dkt #2] "DENIED" AND THE CASE "DISMISSED WITHOUT
PREJUDICE"

[NUMBER OF PAGES: 6]

[1]

FROM: JOHN T. GEORGE a.k.a. JOHN R. DALEY, JR.
PRO SE
FED. REG. # 02384-015 a.k.a. # 03284-015
FCI SCHUYLKILL
P.O. BOX 759
MINERSVILLE, PA. 17954-0759

TO: THE, U.S. DEPARTMENT OF JUSTICE,
ATTORNEY GENERAL / SOLICITOR GENERAL / INSPECTOR GENERAL
950 PENNSYLVANIA AVE., N.W.
ROOMS., WASHINGTON, DC. 20530-0001

TO: THE, U.S. ATTORNEY OFFICE,
KENNETH L. WAINSTEIN, USA
JUDICIARY CENTER BUILDING
555 FOURTH STREET, N.W.,
WASHINGTON, DC. 20530

DATE: 11/20/2005

[2]

[N]OW [H]ERE [C]OMES, PLAINTIFF PRO SE AND "MOTIONS" TO THE, UNITED STATES COURT OF APPEALS, FOR THE DISTRICT OF COLUMBIA, WASHINGTON, 333 CONSTITUTION AVE, N.W., WASHINGTON, DC. 20001

[C]OURTS [C]LERK,

[P]LAINTIFF "MOTIONS" TO SAID, U.S. COURTS OF APPEALS, IN ACCORDANCE WITH, "APPEAL AS [A] RIGHT", "RELIEF FROM JUDGMENT OR "ORDER", PURSUANT TO, FED. R. CIV. PROC. 60(a)., FED. R. APP. 4(a)(A), (4)(A)(vi), (6)(c)(1)., 28 U.S.C.A.

"CLERICAL MISTAKES", CIVIL ACTION No. 05-1297 AND CIVIL ACTION No. 05-1626., FILED NOV. 15, 2005., DATED: 11/9/2005

JOHN T. GEORGE a.k.a. JOHN R. DALEY, JR.
(PLAINTIFF)

-v-

U.S. ATTORNEY, et al.,
(DEFENDANTS)

PLAINTIFF'S APPLICATION TO PROCEED IN FORMA PAUPERIS [DKt #2] "DENIED" AND THE CASE "DISMISSED WITHOUT PREJUDICE"

[3]

****** [P]URSUANT TO, THE STATUTORY AUTHORITY IN ACCORDING WITH, 28 U.S.C.A. §§ 526(a)(1)(2)(6), 535(a)(1)(2),-(b)(1)(2), (c)(1)(2). IN WHICH SPECIFIES THE INVESTIGATION BY THE ATTORNEY GENERAL, IN REGARDS TO, CLERICAL MISTAKES. AND ANY OTHER MATTERS IN REGARDS TO [A] COMPLETE VIOLATION OF, U.S. CONSTITUTION AUTHORITY, "PROPER DUE PROCESS OF LAW" AND "GARUNTEED DUE PROCESS" [P]LAINTIFF "DID", (MAIL/SERVE) TO THE, DISTRICT COURTS CLERK THE, SIX MONTHS TRANSACTION REPORT WHEN "ORDERED" BY SAID COURT, WELL BEFORE THE 30 DAY EXPIRATION DATE.

[A] "DIRECT" TRANSMITION" REQUEST, ORDER BY THEE, U.S. DISTRICT JUDGE PRESIDING, TO ORDER THE, (BoP) FEDERAL BUREAU OF PRISON "ACCOUNTANT DEPARTMENT" IN WHICH PLAINTIFF IS BEING INCARCERATED, WOULD ALSO PROVIDE THE CLARIFICATION THAT PRO SE PLAINTIFF NAMED IN THE ENCLOSED "DID" INFACT REQUEST FOR THE APPROPRIATE, OFFICIAL CERTIFIED INFORMATION, IN ACCORDANCE WITH, 28 U.S.C.A. § 1915(a)(1). [A] QUICK BACK LOG CHECK BY SAID COURTS CLERK WOULD REVEAL THAT PLAINTIFF DID MAIL TO THE DISTRICT COURT CLERK SAID INFORMATION, IN A TIMELY MANNER.

****** PRO SE LITIGANT/PLAINTIFF IS ENTITLED TO SUCH RELIEF PURSUANT TO, 28 U.S.C.A. §§ 1746, 1915(a)(1), 1915A-"SCREENING", 2072(a)(b)., FED.R.CIV.PROC. 60(a)., FED.R.APP. 4(a)(A), (4)(A)(vi), (6)(c)(1)., 28 U.S.C.A.

[4]

****** PLAINTIFF REQUEST FOR SUCH MOTION IS AS FOLLOWS, UPON ANY INVESTIGATIONS, IN ACCORDANCE WITH 28 U.S.C.A. §§ 452, 535(a)(1)(2), (b)(1)(2), (c)(1)(2)., FED. R. CIV. PROC. 44(a)(1),(c)., 28 U.S.C.A. § 1740. [A]NY MATERIALIZED DOCUMENTS, PRODUCTION OF DOCUMENTS, SHALL RESULT IN THE, U.S. DISTRICT COURT, CLERK TERMINATION FROM OFFICIAL OFFICE, [P]URSUANT TO, 18 U.S.C.A. §§ 2071(a)(b), 2075, 2076, 3584(a)

ENCLOSING PLAINTIFF "PRAYS" FOR THE RELIEF FROM AN ORDER PURSUANT TO, FED. R. CIV. PROC. 60(a) "CLERICAL MISTAKES", AND IN ACCORDANCE WITH, FED. R. APP. 4(a)(A), (4)(A)(vi), (6)(c)(1), 28 U.S.C.A., U.S. CONST. AMENDTS. 1, 5, 14TH "DUE PROCESS OF LAW" ALSO {1485 ly5 "GARUNTEED DUE PROCESS"}, [T]HE GRANTING OF PLAINTIFF'S APPLICATION TO PROCEED IN FORMA PAUPERIS [DKT #2], CIVIL ACTION NO. 05-1297 AND CIVIL ACTION NO. 05-1626, FILED NOV. 15, 2005., DATED: 11/9/05

I, JOHN T. GEORGE a.k.a. JOHN R. DALEY, JR.., DECLARE UNDER THE PAINS AND PENALTIES OF PERJURY THAT THE FOREGOING ENCLOSED MATTER, IS TRUE AND CORRECT TO THE BEST OF MY RECOLLECTION, ON THIS 11TH MONTH, 20TH DAY, 2005TH YEAR.

RESPECTFULLY SUBMITTED,
John T. George a.k.a. John R. Daley, Jr.
JOHN T. GEORGE a.k.a. JOHN R. DALEY, JR.

cc/FILE
DATED: 11/20/2005
J.T.G, a.k.a. J.R.D,JR.

PRO SE
FED. REG. # 02384-015 a.k.a. #03284-015
FCI SCHUYLKILL
P.O. BOX 759
MINERSVILLE, PA. 17954-0759

[5]

## CERTIFICATE OF SERVICE

I, JOHN T. GEORGE a.k.a. JOHN R. DALEY, JR., PRO SE FED. REG. #02384-015 a.k.a. #03284-015, HERBY CERTIFY THAT ON THE, (MONTH/DATE/YEAR) OF, 11TH MONTH, 20TH DAY, 2005TH YEAR. "DID" (MAIL/SERVE) THE ENCLOSED MATTER IN REGARDS TO THEE, "APPEAL AS [A] RIGHT," "RELIEF FROM JUDGMENT OR "ORDER" FED. R. CIV. PROC. 60(a)., FED. R. APP. 4(a)(A), (4)(A)(vi), (6)(c)(1)., 28 U.S.C.A.

"CLERICAL MISTAKES" CIVIL ACTION No. 05-1297 AND CIVIL ACTION No. 05-1626., FILED Nov. 15, 2005., DATED: 11/9/05
JOHN T. GEORGE a.k.a. JOHN R. DALEY, JR.
(PLAINTIFF)
-V-
U.S. ATTORNEY, et al.,
(DEFENDANTS)

PLAINTIFF'S APPLICATION TO PROCEED IN FORMA PAUPERIS [DKT #2] "DENIED" AND THE CASE "DISMISSED WITHOUT PREJUDICE". THE SERVICE WAS DONE BY REGULAR MAIL/BY HAND/ TO THE, U.S. COURT OF APPEALS, FOR THE DISTRICT OF COLUMBIA, 333-CONSTITUTION AVENUE, N.W., WASHINGTON, D.C. 20001, COURTS CLERK, TO BE "TRANSMITTED" TO THE PROPER ADMINISTRATIONS, DEPARTMENTS. (THE PRO SE PARTY RECORD FOR EACH PARTIES.

RESPECTFULLY SUBMITTED,
John T. George a.k.a. John R. Daley, Jr.
JOHN T. GEORGE a.k.a. JOHN R. DALEY, JR.
PRO SE

cc/FILE
DATED: 11/20/2005
J.T.G. a.k.a. J.R.D, JR.

[6]