# United States Court of Appeals

FOR THE DISTRICT OF COLUMBIA CIRCUIT



---

**No. 05-5464**                      **September Term, 2005**

05cv01297 -2

**Filed On:**

John T. George, *a/k/a* John R. Daley, Jr.,
    Appellant

    v.

Kenneth Wainstein, United States Attorneys Office, et
al.,
    Appellees

```
UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

FILED    MAR - 7 2006

         CLERK
```

## O R D E R

    Upon consideration of appellant's motion for extension of time to file motion for leave to proceed in forma pauperis, Consent to Collection form, and Prisoner Trust Account Report; and appellant's motion to transmit the district court record in 05cv1297 to this court, it is

    **ORDERED** that the motion for extension of time be granted. The Clerk is directed to send to the Clerk, U.S. District Court for the District of Columbia the motion for leave to proceed in forma pauperis and to file the lodged Consent to Collection form and Prisoner Trust Account Report. It is

    **FURTHER ORDERED** that the motion to transmit the district court record be dismissed as moot. The district court record is available for this court's review.

FOR THE COURT:
Mark J. Langer, Clerk

BY:    *Nancy Dunn*
Nancy G. Dunn
Deputy Clerk